THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST G. J. MEYER, Appellant.

*Crimes — manslaughter in second degree — judgment of conviction affirmed.*

*People v. Meyer,* 209 App. Div. 908, affirmed.

(Argued December 15, 1924; decided January 21, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered June 25, 1924, which affirmed a judgment rendered at a Trial Term for the county of Kings upon a verdict convicting the defendant of the crime of manslaughter in the second degree.

*Clark L. Jordan* for appellant.

*Charles J. Dodd, District Attorney (James I. Cuff* and *George F. Palmer, Jr.,* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: MCLAUGHLIN, J.

Judgment affirmed; no opinion.